















CGL    6/21/05    13:50

3:04-CV-01029    INTL DATA ENTRY CORP V. FASTRAC 24/7 CORP

*54*

*STIPO.*

FILED

05 JUN 20 PH 2: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

R
JLL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL DATA ENTRY CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>FASTRAC 24/7 CORPORATION; ITHAKA HOLDINGS INC.; DAVID AMES, and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 04-CV-1029 LAB (AJB)<br><br>The Hon. Larry Alan Burns<br><br>**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITHOUT PREJUDICE**<br><br>Complaint Filed:  May 20, 2004 |
| FASTRAC 24/7 CORPORATION, a Delaware corporation,<br><br>        Counter-Claimant,<br><br>v.<br><br>INTERNATIONAL DATA ENTRY CORPORATION, a California corporation; ANTONIO VARELA, an individual; JULIA COLLINS, an individual; and FRANK CAPERINO, an individual,<br><br>        Counter-Defendants. | |

ENTERED ON 6-21-05

/ / /

/ / /

1

Case No. 04-CV-1029 LAB(AJB)

1    IT IS HEREBY STIPULATED by the parties to this action, by and through their attorneys

2  of record, as follows:

3          1.    Judgment shall be entered in favor of International Data Entry Corporation

4  on its Complaint against Fastrac 24/7 Corporation and Ithaka Holdings, Inc. jointly and

5  severally in the amount of $124,776.02;

6          2.    The Complaint by International Data Entry Corporation against David

7  Ames is dismissed. without prejudice; and

8          3.    The Counterclaim by Fastrac 24/7 Corporation against International Data

9  Entry Corporation, Antonio Varela, Julia Collins and Frank Caperino is dismissed, without

10  prejudice.

11      IT IS SO STIPULATED.

12  DATED: June 16, 2005          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

13

14                      By: _Michelle A. Herrera_

15                          Michelle A. Herrera
                            Attorneys for Fastrac 24/7 Corp., Ithaka Holdings, Inc.
                            and David Ames
16

17

18  DATED: June 16, 2005

19                          Arthur F. Sloane
                            Attorney for International Data Entry Corporation
20

21      GOOD CAUSE APPEARING, IT IS SO ORDERED.

22

23  DATED: __6·17·05__       By: _Larry A. Burns_

24                          Larry Alan Burns,
                            United States District Judge

25  2079287.1

26

27

28

                                        2                Case No. 04-CV-1029 LAB(AJB)

## PROOF OF SERVICE

*INTERNATIONAL DATA ENTRY CORPORATION v. FASTRAC 24/7 CORPORATION, et al.*
Case No. 04CV1029 LAB (AJB)

Judge: Hon. Larry Alan Burns
Ctrm: 9:

I, Marsha Jackson, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On **June 16, 2005**, I served the following:

1. **STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL OF COMPLAINT AND COUNTERCLAIM WITHOUT PREJUDICE**

on the interested parties in this action by:

__XX__    **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____    **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill No. 836951804072.

_____    **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via _____.

_____    **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal Copy for personal service.

_____    **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

1

1

2    **Arthur F. Sloane, Esq.**
     1850 Fifth Avenue
3    San Diego, CA 92101
     Telephone:  619.237-0689
4    Facsimile:  619.237-0782
     *Attorney for Plaintiff*
5

6

7    _____    (STATE):  I declare under penalty of perjury under the laws of the State of California
               that the foregoing is true and correct.
8
       X       (FEDERAL):  I declare that I am employed in the office of a member of the bar of this
9              court at whose direction the service was made.

10        Executed at San Diego, California on **June 16, 2005.**

11

12   _____
                    Marsha Jackson
13

14

15   2024070.4

16

17

18

19

20

21

22

23

24

25

26

27

28